ELIZABETH DORT, as Director of the PETER A. VOGT MANUFACTURING COMPANY, et al., Respondents, v. JOSEPHINE A. BEECHER et al., as Executors of JAMES C. BEECHER, Deceased, et al., Appellants, Impleaded with Others.

*Dort* v. *Beecher*, 177 App. Div. 946, affirmed.

(Argued December 4, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1917, affirming a judgment in favor of plaintiffs entered upon the report of a referee. The complaint alleged that the defendants Beecher and Smith fraudulently and for their own interests and purposes caused the Vogt Company to purchase certain property at a valuation of $125,000, giving in payment notes for that amount, and that the property so purchased was not worth to exceed the sum of $17,500. The relief prayed for was that $43,000 of notes be canceled, and that the defendants Beecher and Smith be enjoined and restrained from transferring the same, and for judgment for the difference between the total amount of the notes, less $43,000 and the difference between the value of the property.

*Vernon Cole* for appellants.

*Ray M. Stanley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.